**KAZEROUNI LAW GROUP, APC**
Ryan L. McBride, Esq. (SBN 297557)
ryan@kazlg.com
Aryanna Young, Esq. (SBN 344361)
aryanna@kazlg.com
2221 Camino Del Rio S, Suite 101
San Diego, CA 92108
Telephone: (800) 400-6808

*Attorneys for Plaintiff*,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN EUGENE INGRAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EPIONE MEDICAL CORPORATION,<br><br>Defendant. | **Case No.:** 2:24-cv-01108-MRA-SK<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that the dispute between plaintiff Warren Eugene Ingram ("Plaintiff") and defendant Epione Medical Corporation ("Epione") (together the "Parties") has been resolved on an individual basis with a settlement in principle. The Parties anticipate filing a Joint Stipulation to Dismiss Epione within sixty (60) days.

Plaintiff respectfully request that the Court vacate all pending dates, hearings, and filing requirements with respect to Epione, and set a deadline on or after **July 5, 2024** for the Parties to dismiss Plaintiff's claims against Epione.

Dated: May 6, 2024

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: */s/ Ryan L. McBride*
Ryan L. McBride, Esq.
Aryanna Young, Esq.
ATTORNEYS FOR PLAINTIFF

**NOTICE OF SETTLEMENT**